**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO.: 21-cv-02057-RM-STV

JOEL W. MATZDORF;
MIKAYLA MATZDORF;
DUANGDOW C. HOYORD; and
LUKE T. HOYORD; individually and on behalf of all others similarly situated,

        Plaintiffs,

    vs.

UPONOR, INC.;
UPONOR NORTH AMERICA, INC.;
DOES 1 through 100, inclusive, whose true names are unknown,

        Defendants.

---

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS JOEL MATZDORF, MIKAYLA MATZDORF, DUANGDOW HOYORD, AND LUKE HOYORD AND DEFENDANTS UPONOR, INC. AND UPONOR NORTH AMERICA, INC.**

---

Plaintiffs Joel W. Matzdorf, Mikayla Matzdorf, Duangdow C. Hoyord, and Luke T. Hoyord (collectively hereinafter "Plaintiffs"), by and through their attorneys Burg Simpson Eldredge Hersh Jardine, P.C., hereby notify the Court that Plaintiffs Joel W. Matzdorf, Mikayla Matzdorf, Duangdow C. Hoyord, and Luke T. Hoyord and Defendants Uponor, Inc. and Uponor North America, Inc. have reached a settlement of the claims between them. Dismissal documents will be forthcoming and are anticipated to be filed within the next sixty (60) days.

In light of the settlement, the Parties request the Status Conference scheduled for May 8, 2024 be vacated.

DATED: May 6, 2024          BURG | SIMPSON | ELDREDGE | HERSH | JARDINE PC


By:    */s/ Michael C. Menghini*
Michael C. Menghini, Esq.
Allison P. Takacs, Esq.
8310 S. Valley Hwy, Suite 270
Englewood, CO  80210
Telephone: (303) 792-5595
Email:  mmenghini@burgsimpson.com;
       atakacs@burgsimpson.com

Attorneys for Plaintiffs and Class Representatives, on behalf of themselves and all others similarly situated