# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior Judge Raymond P. Moore

Civil Action No. 21-cv-02057-RM-STV

JOEL W. MATZDORF;
MIKAYLA MATZDORF;
DUANGDOW C. HOYORD; and
LUKE T. HOYORD; individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

UPONOR, INC.;
UPONOR NORTH AMERICA, INC.;
DOES 1 through 100, inclusive, whose true names are unknown,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulation for Dismissal with Prejudice ("Stipulation") (ECF No. 63). Having considered the Stipulation, the Court file, and being otherwise fully advised, the Court hereby

ORDERS that Plaintiffs' claims against Defendants shall be and are dismissed with prejudice, with each party to bear their own attorneys' fees and costs, and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

DATED this 15th day of October, 2024.

BY THE COURT:

_____
RAYMOND P. MOORE
Senior United States District Judge